649 A.2d 430

In the Matter of John J. KELLER.

No. 491, Disciplinary Docket No. 2.
No. 6 DB 83—Disciplinary Board.

Supreme Court of Pennsylvania.

Oct. 11, 1994.

## ORDER

PER CURIAM:

AND NOW, this 11th day of October, 1994, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 20, 1994, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.